**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| CAMERON TIETZ, | Case No. 2:20-cv-10814 |
| Plaintiff, | Hon. Paul D. Borman |
| v. | |
| CORIZON HEALTH, INC., et al., | |
| Defendants. | |

## **STIPULATED AMENDED SCHEDULING ORDER**

It is hereby stipulated by all parties in the above-captioned case that, subject to the approval of the Court, the September 30, 2021 Case Management and Scheduling Order (ECF #42), shall be amended as stated below, extending each current deadline by 120 days. The parties agree that the extension of time provided for in this Stipulated Amended Scheduling Order are necessary given that the parties both still have necessary written discovery demands to exchange as well as depositions that need to be held, and all parties require additional time to conclude same.

Therefore, upon stipulation of the parties, and the Court being fully advised;

**IT IS HEREBY ORDERED** that the dates contained in the September 30, 2021 Case Management and Scheduling Order, are amended as follows:

| Expert Disclosures (Proponent): | **August 12, 2022** |
|---|---|
| Expert Disclosures (Rebuttal) | **September 13, 2022** |
| Fact Discovery Cutoff | **August 12, 2022** |
| Expert Discovery Cutoff | **December 13, 2022** |
| Facilitation to be held by: | **December 13, 2022** |
| Parties to notify case manager of choice of facilitator and scheduled date | **October 13, 2022** |
| Motions Challenging Experts filed by: | **February 10, 2023** |
| Dispositive Motions filed by: | **February 10, 2023** |
| Response(s) to Dispositive/Daubert motions due: | **March 14, 2023** |
| Replies to Dispositive/Daubert motions due: | **April 3, 2023** |

Date: April 13, 2022         s/Paul D. Borman
                             Hon. Paul D. Borman
                             United States District Judge

The Undersigned Counsel hereby stipulate to entry of the above Order:

By:  /s/ Keith Altman                By:  /s/ Devlin K. Scarber
     Keith Altman (P81702)                Devlin K. Scarber (P64532)
     Attorney for Plaintiff               Attorney for Defendant Martino

By:  /s/ Solomon M. Radner           By:  /s/ Michael R. Dean
     Solomon M. Radner (P73653)           Michael R. Dean (P71333)
     Co-Counsel for Plaintiff             Attorney for MDOC Defendants

Dated: April 13, 2022