UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMERON TIETZ #827870,

    Plaintiff,

v

CORIZON HEALTH, INC, et al,

    Defendants.

No. 2:20-cv-10814

HON. PAUL D. BORMAN

MAG. JONATHAN J.C. GREY

_____/

| | |
|---|---|
| Solomon Radner (P73653)<br>The Radner Law Group<br>*Attorney for Plaintiff*<br>17515 West 9 Mile Road, Ste 250<br>Southfield, MI 48075<br>(877) 723-6375<br>solomon@radnerlawgroup.com<br><br>Ronald W. Chapman Sr. (P37603)<br>Devlin K. Sarber (P64532)<br>Chapman Law Group<br>Attorney for Defendants Corizon<br>Health, Inc., and Kim Farris P.A.<br>1441 W. Long Lake Road, Ste 310<br>Troy, MI 48098<br>(248)644-6326<br>dscarber@chapmanlawgroup.com;<br>rchapman@chapmanlawgroup.com | Michael R. Dean (P71333)<br>Zachary A. Zurek (P80116)<br>Assistant Attorney General<br>Attorney for MDOC Defendants<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI  48909<br>(517) 335-3055<br>Deanm2@michigan.gov |

_____/

**STIPULATION AND ORDER
TO EXTEND AMENDED SCHEDULING ORDER**

The parties stipulate to extend the Amended Scheduling Order (ECF No. 49) and previous Stipulated Order to Extend Discovery Deadline (ECF No. 50) as follows:

| | |
|---|---|
| **Deposition Discovery Cut off** | March 10, 2023 |
| **Dispositive/Daubert Motions filed by** | April 7, 2023 |
| **Response(s) to Dispositive /Daubert motions due** | May 12, 2023 |
| **Replies to Dispositive/Daubert motions due:** | June 2, 2023 |

**It is so stipulated:**

s/ Michael R. Dean                    12/27/22
Michael R. Dean (P71333)
Zachary A. Zurek (P80116)
Assistants Attorney General
Attorney for MDOC Defendants

s/Solomon Radner (w/consent)      1/3/23
Attorney for Plaintiff

s/Devlin K. Sarber (w/consent)      1/3/23
Devlin K. Sarber (P64532)
Attorney for Defendants Corizon Health, Inc., and Kim Farris P.A.

**It is so ordered:**

                                        s/Paul D. Borman
                                        Paul D. Borman
                                        U.S. District Judge

Dated: January 4, 2023