UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cameron Tietz,

                        Plaintiff(s),

v.                                                  Case No. 2:20–cv–10814–PDB–APP
                                                          Hon. Paul D. Borman

Corizon Health, Inc., et al.,

                        Defendant(s),

---

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Anthony P. Patti for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

Motion for Withdrawal of Attorney – #56

s/Paul D. Borman
Paul D. Borman
United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

s/D Tofil
Case Manager

Dated:  March 17, 2023